**FREEMAN MATHIS & GARY, LLP**
Albert K. Alikin (SBN 265119)
Albert.Alikin@fmglaw.com
Ellin J. Lee (SBN 197076)
Ellin.Lee@fmglaw.com
Emily Q. Duong (SBN 358160)
Emily.Duong@fmglaw.com
550 South Hope Street, 22nd Floor
Los Angeles, California 90071
Tel.:(213) 615-7000
Fax:   (833) 264-2083

*Attorneys for Defendant*
State Farm General Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ZUBIN MISTRY, an individual; ROXANNE MISTRY, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation; and DOES 1 through 50, Inclusive;<br><br>Defendants. | Case No. TBD<br>District Judge: TBD<br><br>**DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) [DIVERSITY JURISDICTION]**<br><br>[*Filed concurrently with Declaration of Ellin J. Lee; Civil Cover Sheet; and Certification and Notice of Interested Parties*]<br><br>CA Complaint Filed: October 9, 2025<br>Removal Filed:       November 10, 2025 |

**TO THIS HONORABLE COURT AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

STATE FARM GENERAL INSURANCE COMPANY ("State Farm" or "Defendant") hereby removes the above-captioned action from the Superior Court of the State of California, County of Los Angeles, where it is currently pending as case

1

FREEMAN MATHIS & GARY, LLP
550 South Hope Street, 22nd Floor
Los Angeles, California 90071

number 25VECV05761 ("State Court Action"), to the United States District Court for the Central District of California as follows:

## I.   STATE COURT FILINGS

On or about October 9, 2025, Plaintiffs Zubin Mistry and Roxanne Mistry ("Plaintiffs") commenced the State Action in the Superior Court for the State of California, County of Los Angeles, entitled *Zubin Mistry, an individual; Roxanne Mistry, an individual v. State Farm General Insurance Company, an Illinois Corporation; and DOES 1 through 50, Inclusive,* case number 25VECV05761 ("Complaint"). Plaintiffs allege that on or around November 14, 2024, a pipe burst causing extensive water damage to their home located at 22551 Uhea Road, Woodland Hills, California (the "Property"). Complaint, ¶ 8–9. At the relevant time, Plaintiffs allege that the Property was insured under a State Farm Homeowners' policy. *Id*. According to the Complaint, State Farm denied Plaintiffs' claim on the basis that the burst pipe was not located "within the building structure" as defined under the Policy. *Id*. at 11–12.

Based on these facts, Plaintiffs purport to assert a cause of action against State Farm for (1) Breach of Contract; (2) Breach of the Implied Covenant of Good Faith and Fair Dealing; (3) Violations of Business & Professions Code Section 17200. Plaintiffs seek general damages, consequential damages, attorneys' fees, injunctive relief, exemplary damages, as well as costs, fees and expenses incurred in this litigation, *See id*. at Prayer.

On or about October 9, 2025, a Notice of Case Assignment was filed in the State Court Action, assigning this matter to Judge Shirley K. Watkins in Department T of the Van Nuys Courthouse East, located at 6230 Sylmar Avenue, Van Nuys, CA 91401. A true and correct copy of the Notice of Case Assignment is attached hereto as Exhibit "A".

On or about October 9, 2025, an Order to Show Cause Hearing regarding Plaintiff's failure to file proof of service, failure to file default, failure to file case

DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) [DIVERSITY JURISDICTION]

FREEMAN MATHIS & GARY, LLP
550 South Hope Street, 22nd Floor
Los Angeles, California 90071

management statement, and failure to prosecute was scheduled for January 7, 2026. A true and correct copy of the Notice of Case Assignment is attached hereto as Exhibit "B".

On or about October 9, 2025, a Notice of Case Management Conference was scheduled for January 7, 2026. A true and correct copy of the Case Reassignment is attached hereto as Exhibit "C".

On October 9, 2025, State Farm was served with the Summons and Complaint in the State Court Action. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "D."

## II.    DIVERSITY JURISDICTION

### A. Diversity of Citizenship Exists Because Plaintiffs Are Citizens of California and State Farm Is a Citizen of Illinois

Federal courts have jurisdiction over controversies between "citizens of different states" pursuant to 28 U.S.C. section 1332(a)(1) and Article III, Section 2, of the United States Constitution. *Navarro Sav. Ass'n. v. Lee*, 446 U.S. 458, 460–1 (1980). The determination of citizenship for diversity purposes is governed by federal rather than state law. *See Rockwell Int'l Credit Corp. v. United States Aircraft Ins. Group*, 823 F.2d 302, 304 (9th Cir. 1987) overruled on other grounds, *Partington v. Gedan*, 923 F.2d 686 (9th Cir. 1991).

In determining whether diversity of citizenship exists, only the named defendants are considered. *Newcombe v. Adolf Coors Co.*, 157 F.3d 686, 690–91 (9th Cir. 1998). The citizenship of defendants sued under fictitious names, such as "Doe" defendants, is disregarded for diversity jurisdiction purposes. 28 U.S.C. § 1441(a); *Soliman v. Philip Morris, Inc.*, 311 F.3d 966, 971 (9th Cir. 2002).

State Farm is informed and believes that Plaintiffs are both individuals residing in the County of Los Angeles, State of California. *See* Complaint, ¶ 2 ("Plaintiffs Zubin and Roxanne Mistry, husband and wife are and at all material times were, citizens of the State of California, County of Los Angeles"). The Complaint repeatedly alleges

FREEMAN MATHIS & GARY, LLP
550 South Hope Street, 22nd Floor
Los Angeles, California 90071

3

that the Property is their "home." *See* Complaint, ¶¶ 1, 8, 9, 11, 13, 22, 26.

Further, Plaintiffs' last known address on file with State Farm is in Woodland Hills, California. *See* Declaration of Ellin J. Lee ["Lee Dec."], ¶¶ 4, 5, Ex. E, F. According to the Thomson Reuters Westlaw Precision PeopleMap Report dated September 26, 2025, Plaintiffs were and are residents of California. *See id*. at ¶¶ 6, 7, Ex. G, H. Finally, State Farm's claim documents reflect that Plaintiffs have California driver's licenses. *See id*. at ¶¶ 4, 5, Ex. E, F. *See Garza v. Brinderson Constructors, Inc.*, 178 F.Supp.3d 906, 913 (N.D. Cal. 2016) (noting that a plaintiff could submit a copy of their driver's license to show his address and support a claim of domicile); *Canesco v. Ford Motor Company*, 570 F.Supp.2d 872, 887 (S.D. Cal. 2021) (finding that a driver's license is among a list of documents that can be weighed in favor of establishing domicile). Thus, there is prima facie evidence that Plaintiffs are a citizen of California.

State Farm is, and at all times relevant to the Complaint, was corporation organized and existing under the laws of the State of Illinois, with its headquarters and principal place of business in Bloomington, Illinois. State Farm does not have substantial predominance of its corporate activities in the State of California. State Farm's corporate "nerve center," where the majority of its executive and administrative functions are performed, is in Bloomington, Illinois. State Farm is, and was at the commencement of the above-captioned lawsuit, a resident and citizen of the State of Illinois, as well as of the United States. *See* Lee Dec., ¶ 3.

Plaintiffs, on the one hand, and State Farm, on the other hand, are citizens of different states. There is complete diversity of citizenship, and this Court has jurisdiction over this action. Accordingly, this State Court Action is properly removed under 28 U.S.C. § 1441(b).

**B. The Amount in Controversy Exceeds $75,000 Pursuant to U.S.C. Section 1332**

This Court also has jurisdiction over this action under 28 U.S.C. section 1332

FREEMAN MATHIS & GARY, LLP
550 South Hope Street, 22nd Floor
Los Angeles, California 90071

because the amount in controversy exceeds $75,000, exclusive of interest and costs.

In the Complaint, Plaintiffs pray for damages of over $250,000. *See* Complaint, ¶ 28. In addition, Plaintiffs seek attorneys' fees. *Id*. Under California law, the attorneys' fees that a plaintiff incurred to obtain contract benefits may be considered an element of compensatory damages should plaintiff prevail on the cause of action for breach of the implied covenant of good faith and faith dealing. *Brandt v. Superior Court*, 37 Cal.3d 813 (1985). A claim for attorneys' fees is included in determining the amount in controversy, regardless of whether the fee award is mandatory or discretionary. *Galt G/X v. JSS Scandinavia*, 142 F.3d 1150, 1155–56 (9th Cir. 1998) (observing, "[w]hen the applicable substantive law makes the award of an attorney's fee discretionary, a claim that this discretion should be exercised in favor of plaintiff makes the requested fee part of the amount in controversy"); *see also Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1265 (11th Cir. 2000); *Conrad & Assoc. v. Hartford Accident and Indem. Co.*, 994 F.Supp. 1196, 1199 (N.D. Cal. 1998); *see also Brady v. Mercedes-Benz USA, Inc.*, 243 F.Supp.2d 1004, 1010 (N.D. Cal. 2002); *Walker v. Motricity Inc.*, 627 F.Supp.2d 1137, 1143 (N.D. Cal. 2009).

Although State Farm denies that Plaintiffs are entitled to recover any of the foregoing claimed damages, Plaintiffs' Complaint has placed them in controversy. Therefore, this State Court Action may be removed to this Court by State Farm pursuant to 28 U.S.C. sections 1332, 1441 and 1446 because the amount in controversy exceeds $75,000 and there is complete diversity between Plaintiffs, on the one hand, and State Farm, on the other hand.

## III.   **THIS REMOVAL IS TIMELY**

State Farm was served with this Complaint and Summons on October 10, 2025. Pursuant to 28 U.S.C. §1441(b), "[the] Notice of Removal of a civil action or proceeding shall be filed within thirty days after receipt by the Defendant, through service or otherwise, of a copy of the initial pleading." Thirty days from the date of service on State Farm is November 9, 2025. The next court day is Monday, November

DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) [DIVERSITY JURISDICTION]

10, 2025. Because this Notice of Removal is being filed on November 10, 2025, Defendant's Notice of Removal is timely.

## IV. <u>CONCLUSION</u>

WHEREFORE, State Farm gives notice that the above-described action, now pending against it in the Superior Court of the State of California, County of Los Angeles, has been removed to this Court pursuant to 28 U.S.C. sections 1332, 1441, and 1446. Removal is proper because complete diversity of citizenship exists between the parties: Plaintiffs are a citizen of California, and State Farm is a citizen of Illinois. In addition, the amount in controversy exceeds $75,000, exclusive of interest and costs. This Notice of Removal is timely, as it has been filed within thirty days of the date on which removability first became apparent.

A copy of this Notice of Removal will be contemporaneously filed with the Clerk of the Superior Court of Los Angeles County, and written notice thereof will be provided to all adverse parties, as required by 28 U.S.C. section 1446(d).

DATED: November 10, 2025

**FREEMAN MATHIS & GARY, LLP**

By: */s/ Ellin J. Lee*

Albert K. Alikin
Ellin J. Lee
Emily Q. Duong
*Attorneys for Defendant*
STATE FARM GENERAL
INSURANCE COMPANY

**FREEMAN MATHIS & GARY, LLP**
550 South Hope Street, 22nd Floor
Los Angeles, California 90071

DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) [DIVERSITY JURISDICTION]

**FREEMAN MATHIS & GARY, LLP**
550 South Hope Street, 22nd Floor
Los Angeles, California 90071

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November, 2025, I served the foregoing document described as **DEFENDANT STATE FARM GENERAL INSURNACE COMPANY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) [DIVERSITY JURISDICTION],** via email, on the interested parties in this action as follows:

| | |
|---|---|
| Derek Chaiken<br>**MERLIN LAW GROUP**<br>2049 Century Park East, Suite 650<br>Los Angeles, CA 90067<br><br>Tel: (213) 374-0416<br>Facsimile: (818) 945-9801<br>Email:<br>dchaiken@merlinlawgroup.com<br>rrajazi@merlinlawgroup.com<br>bmarquez@merlinlawgroup.com | *Attorney For Plaintiff*<br>Zubin Mistry<br>Roxanne Mistry |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court under whose direction the service was made.

Executed on November 10, 2025, at Los Angeles, California.

*/s/ Denise M. Carrillo*
Denise M. Carrillo

DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(B) [DIVERSITY JURISDICTION]